NUMBER
13-10-00437-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

MICHAEL
DAMON GUERRA,                                                      Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                            On
appeal from the 36th District Court

                                   of
San Patricio County, Texas.

____________________________________________________________

 

                                MEMORANDUM
OPINION

 

Before Justices Yañez, Garza, and
Benavides

                               Memorandum
Opinion Per Curiam

 








Appellant,
Michael Damon Guerra, by and through his attorney, has filed a motion to
dismiss his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

PER
CURIAM

 

Do not publish.

See Tex. R. App. P.
47.2(b).  

 

Delivered and filed the

28th day of October, 2010.